Argued September 17, affirmed October 13, 1975

KELLEY, *Appellant, v.* KELLEY (No. 265-570),
*Respondent.*

541 P2d 151

*Ferris F. Boothe,* Portland, argued the cause for appellant. With him on the brief were Black, Kendall, Tremaine, Boothe & Higgins, Portland.

*Howard H. Campbell,* Portland, argued the cause and filed the brief for respondent.

Before SCHWAB, Chief Judge, and FORT and LEE, Judges.

PER CURIAM.

The appellant-husband appeals from an order of the trial court denying his motion to terminate the alimony payments provided for in a divorce decree. We agree with the trial judge that there was no showing of the requisite change of circumstances.

Affirmed.